# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARK CHRISTIAN HENDERSON**                                                      **PLAINTIFF**
**ADC #078763**

v.                                               No. 4:23-CV-01002-LPR

**DEXTER PAYNE, et al.**                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6). No objections have been filed, and the time to do so has expired.[1] After a *de novo* review of the PRD and careful consideration of the case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's official capacity damages claims are DISMISSED for failure to state a claim on which relief may be granted. Similarly, Plaintiff's deliberate indifference to serious medical needs and conditions of confinement claims made without reference to any Defendant are DISMISSED for failure to state a claim on which relief may be granted. Finally, Plaintiff's claims against Defendant Payne and the Doe Defendants are also DISMISSED for failure to state a claim on which relief may be granted. The Clerk is directed to TERMINATE Defendant Payne and the Doe Defendants as parties to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] Although Judge Kearney granted Plaintiff's request for an extension of time to file objections to the PRD, Plaintiff did not file any objections before the extended deadline of January 2, 2024, nor has he filed any objections to date. *See* Pl.'s Mot. for Extension of Time (Doc. 10); Order (Doc. 11).

IT IS SO ORDERED this 25th day of April 2024.

                                                              _____
                                                              LEE P. RUDOFSKY
                                                              UNITED STATES DISTRICT JUDGE