IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARK CHRISTIAN HENDERSON**                                                                              **PLAINTIFF**
**ADC #078763**

v.                                        No. 4:23-CV-01002-LPR

**DEXTER PAYNE, et al.**                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 15). No objections have been filed, and the time to do so has expired. After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's claims against Defendant McBride are DISMISSED without prejudice for lack of service and failure to prosecute. Defendant McBride is DISMISSED as a party to this action, and this case will be TERMINATED. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE