**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**MARK CHRISTIAN HENDERSON**                                                          **PLAINTIFF**
**ADC #078763**

**v.**                                        **No. 4:23-CV-01002-LPR**

**DEXTER PAYNE, et al.**                                                               **DEFENDANTS**

## JUDGMENT

  Consistent with the Order entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

  IT IS SO ADJUDGED this 25th day of April 2024.

             _____
             LEE P. RUDOFSKY
             UNITED STATES DISTRICT JUDGE